### CITY OF ATLANTA v. HARPER.

FISH, C. J. This case involves the same transaction as the case of *City of Atlanta* v. *Harper*, ante, and is controlled in all respects by the decision this day rendered therein.

*Judgment affirmed. All the Justices concur, except Holden, J., who did not preside.*